FILED

APR 08 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ERNESTO SALGADO MARTINEZ,<br><br>        Petitioner - Appellant,<br><br> v.<br><br>CHARLES L. RYAN,<br><br>        Respondent - Appellee. | No. 08-99009<br><br>D.C. No. 2:05-cv-01561-EHC<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

Appellee's February 21, 2013 and April 4, 2013 unopposed motions, to extend the time to file a response to Appellant's February 11, 2013 Motion For Leave To Supplement Appellant's March 9, 2012 Motion To Stay Appeal And Remand, are granted as follows. Appellee's response is due May 8, 2013. Appellant's reply is due within 14 days after service of the response. The motion, response, and reply will be referred to the merits panel for resolution.