FILED

AUG 09 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ERNESTO SALGADO MARTINEZ, <br><br> Petitioner - Appellant, <br><br> v. <br><br> CHARLES L. RYAN, <br><br> Respondent - Appellee. | No. 08-99009 <br><br> D.C. No. 2:05-cv-01561-EHC <br> District of Arizona, <br> Phoenix <br><br> ORDER |

Before:  Peter L. Shaw, Appellate Commissioner

Appellant's unopposed motions, filed July 5, 2013 and August 8, 2013, to extend the time to file a Reply in support of his February 11, 2013 Motion For Leave To Supplement his March 9, 2012 Motion To Stay Appeal And For Remand Pursuant To *Townsend* And *Quezada*, are granted.  The Reply is now due August 15, 2013.  The motion, response, and reply will be referred to the merits panel for resolution.